

300 Cadman Plaza W, 12 FL
Brooklyn, NY 11201
Fax: 646-679-2527

718-344-6048
caner@canerlawoffice.com

June 21, 2023

Hon. Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** File: <u>00281-Sano</u>
Isaiah Sano v The City of New York, et al
Case Number: 22-cv-7688-DLI-TAM

Dear Judge Irizarry:

    I represent the plaintiff, Isaiah Sano. I write to you regarding the defendants' motion to dismiss and plaintiff's filing of his amended complaint as of right.

    Plaintiff requests that the motion to dismiss the original complaint be denied as moot in light of the filing of the amended complaint. *See e.g., Gorman v. Rensselaer Cnty.*, 98 F. Supp. 3d 498 (N.D.N.Y. 2015). The amended complaint adds 52 paragraphs of information and allegations which are not addressed by the defendants' motion to dismiss.

    Thank you for your time and consideration of this matter.

Very truly yours,

*Caner Demirayak*

Caner Demirayak, Esq.

CC: Defense counsel via ECF