

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**JOSEPH A. RUSSO**
*Assistant Corporation Counsel*
jorusso@law.nyc.gov
Phone: (212) 356-2376
Fax: (212) 356-1148

July 20, 2023

**VIA ECF**
Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: <u>Isaiah Sano v. City of New York, et. al.,</u>
22-CV-07688 (DLI) (TAM)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing Defendant City of New York, Police Officer Devon Moses, Police Officer Patrick Sanon, and Detective Brian Flynn in the above-referenced action. Defendants respectfully request a one week enlargement of time to file their Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss. This is the first enlargement request by Defendants of their time to file a reply. Plaintiff's counsel consents to this request.

    By way of background, Plaintiff brings this action pursuant to 42 U.S.C. § 1983, and New York state law, alleging, inter alia, that, he was subjected to false arrest, malicious prosecution, and denial of a right to a fair trial. *See* generally Civil Docket Entry No. 19, Plaintiff's Amended Complaint, dated June 22, 2023.

    Defendants moved to dismiss Plaintiff's Complaint pursuant to F.R.C.P. 12(b)(6) on June 12, 2023. *See* Civil Docket Entry No. 17. Plaintiff filed an Amended Complaint on June 21, 2023. *See* Civil Docket Entry No. 19. Then, on the same day, Plaintiff filed a letter requesting that the Court deny Defendants' motion as moot on the basis of the Amended Complaint. *See* Civil Docket Entry No. 20. On June 22, 2023 Your Honor denied Defendants' motion to dismiss as moot in light of the recently filed Amended Complaint. *See* Civil Docket Entry Order Dated June 22, 2023. Defendants filed a Motion to Dismiss the Amended Complaint on July 5, 2023. *See* Civil Docket Entry Nos. 21, 22. Plaintiff filed his Opposition to Defendants' motion on Sunday, July 16, 2023. *See* Civil Docket Entry No. 24.

    In accordance with Local Rules 6.1(b) and 6.4, Defendants' Reply would be due on July 24, 2023. However, the undersigned was attending a mandatory NITA training program at Fordham Law School and was out of the office all day July 18, 2023 and, July 19, 2023. As such,

an enlargement of time is needed for the undersigned to thoroughly review Plaintiff's Opposition and then draft an appropriate response.

Accordingly, and with Plaintiff's consent, Defendants respectfully requests a one week enlargement of time from July 24, 2023 until July 31, 2023 to file their Reply to Plaintiff's Opposition. Thank you for your consideration of this request.

Respectfully submitted,

Joseph A. Russo
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:  **VIA ECF**
*All attorneys to be noticed*