# Law Office of Caner Demirayak, Esq., P.C.

May 14, 2025

Hon. Dora L. Irizarry
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    **Isaiah Sano v The City of New York, et al**
                 Case Number: 22-cv-7688-DLI-TAM

Your Honor:

      I represent the plaintiff, Isaiah Sano. I write to you respectfully inquiring into the status of a decision on the defendants' Rule 12(b)(6) motion to dismiss which was fully briefed on August 3, 2023.

      Thank you for your time and attention to this matter.

                                                            Very truly yours,

                                                           Caner Demirayak, Esq.

CC:    Defense Counsel via ECF

1500 Astor Avenue, 2nd Floor, Bronx, New York 10469
Tel: 718-344-6048 | Fax: 646-679-2527
cd@canerlaw.com
Office Visits by Appointment Only